Honorable Franklin D. Burgess

UNITED STATED DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| IBEW 76 HEALTH & WELFARE TRUST OF SOUTHWEST WASHINGTON, IBEW 76 ANNUITY PLAN, JOINT APPRENTICESHIP TRAINING COMMITTEE, IBEW PACIFIC COAST PENSION FUND and NATIONAL ELECTRICAL BENEFIT FUND,<br><br>                    Plaintiffs,<br>vs.<br><br>PARAMOUNT ELECTRIC COMPANY, a Washington corporation,<br><br>                      Defendant. | **CAUSE NO.**: MS05-5001<br><br>NOTICE AND ORDER OF VOLUNTARY DISMISSAL OF SUPPLEMENTARY PROCEEDINGS |

TO:    CLERK OF THE COURT

**NOTICE IS HEREBY GIVEN** that Plaintiffs IBEW 76 Health & Welfare Trust of Southwest Washington, IBEW 76 Annuity Plan, Joint Apprenticeship Training Committee, IBEW Pacific Coast Pension Fund and National Electrical Benefit Fund voluntarily dismiss the above-entitled supplemental action against Defendant Paramount Electric Company, a Washington corporation.

NOTICE & ORDER OF VOL DISMISSAL OF SUPPLEMENTAL
PROCEEDINGS - CASE NO. MS05-5001
PAGE 1 OF 4

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

**ORDER**

**IT IS HEREBY ORDERED** that the above-entitled action against Defendant Paramount Electric Company, a Washington corporation, shall be and hereby is dismissed.

DATED this 1st day of December, 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

s/Robert A. Bohrer
WSBA #5050
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA  98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: r.bohrer@ekmanbohrer.com
Attorney for Plaintiffs

NOTICE & ORDER OF VOL DISMISSAL OF SUPPLEMENTAL PROCEEDINGS - CASE NO. MS05-5001
PAGE 2 OF 4

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

S:\Collections\IBEW76-3376\Pleadings\2005\Paramount Elec USDC Exam Dismissal.doc

NOTICE & ORDER OF VOL DISMISSAL OF SUPPLEMENTAL
PROCEEDINGS - CASE NO. MS05-5001
PAGE 3 OF 4

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

CERTIFICATE OF MAILING

I hereby certify that on 12/01/2005, I electronically filed:

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following person(s):

    None.

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

    None.

Dated:  December 1, 2005.

    s/Robert A. Bohrer
    WSBA #5050
    Ekman, Bohrer & Thulin, P.S.
    220 W. Mercer, Ste. 400
    Seattle, WA  98119
    Telephone: (206) 282-8221
    Fax: (206) 285-4587
    E-mail: r.bohrer@ekmanbohrer.com
    **Attorneys for:  Plaintiff(s)**

S:\Collections\IBEW76-3376\Pleadings\2005\Paramount Elec USDC Exam Dismissal.doc

NOTICE & ORDER OF VOL DISMISSAL OF SUPPLEMENTAL PROCEEDINGS - CASE NO. MS05-5001
PAGE 4 OF 4

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587